

# THE ATTORNEY GENERAL
## OF TEXAS

March 3, 1939

Gerald C. Mann

~~XXXXXXXXXXXXXXXXXXX~~D

ATTORNEY GENERAL

AUSTIN 11, TEXAS

Hon. W. P. Sexton
County Attorney
Orange County
Orange, Texas

Hon. Joe J. Fisher
District Attorney
First Judicial Dist.
Orange, Texas

Opinion No. O-24
Re: Eligibility of wife of officer or
stockholder in depository bank to serve
as independent school trustee.

Gentlemen:

This Department is in receipt of your letter of February 23, 1939, requesting an opinion on the question of whether the wife of the president, director and stockholder of the depository bank, may be appointed to a vacancy on the Board of Trustees of an Independent School District.

We have been advised, that in the instance to which you refer, the stock in the depository bank is the separate property of the husband. We have also been advised that the contract between the school board and the depository bank has been executed and the bank is now serving as depository under the terms of such contract. The contract having been consummated prior to the appointment of the wife to the office of school trustee, she, in her official capacity, would not be required to exercise any discretion in the acceptance or rejection of bids and in the designation of a depository bank.

Neither Article 373 of the Penal Code, nor any other article which has come to our attention, is applicable to the facts under consideration in this opinion.

It is the opinion of this Department that the wife of the president, director and stockholder of the depository bank of an Independent School District, under the stated facts, does not occupy a relationship so incompatible with the office of trustee of such Independent School District as to disqualify her for appointment to fill a vacancy on the Board of Trustees.

APPROVED
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS
CCC:N:wb

Yours very truly
ATTORNEY GENERAL OF TEXAS
By /s/ Cecil C. Cammack
Cecil C. Cammack, Assistant
OK GRL